THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY 
 PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Raymond Brewington,       
Appellant,
 
 
 

Appeal From Anderson County
Alexander S. Macaulay, Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-516
Submitted October 1, 2004  Filed October 
 14, 2004  

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of 
 Columbia, for Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Salley W. Elliott, all of Columbia; and Solicitor Druanne D. White, 
 of Anderson, for Respondent.
 
 
 

PER CURIAM:  Raymond Brewington appeals 
 his conviction for making a false claim to an insurance company about a proof 
 of fire loss.  Brewington argues the trial court erred in denying his motion 
 for a mistrial following testimony by an insurance company agent regarding the 
 companys request for examinations of Brewington and his wife under oath. Brewingtons 
 counsel attached to the brief a petition to be relieved as counsel, stating 
 that she had reviewed the record and concluded this appeal lacks merit.  After 
 a thorough review of the record and counsels brief, pursuant to Anders v. 
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 
 406 S.E.2d 357 (1991), we dismiss [1] Brewingtons appeal and grant counsels motion 
 to be relieved.
APPEAL DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.